**Order entered January 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00894-CV

### TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Appellant

### V.

### JOSEPH MCRAE, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04163**

## ORDER

We **GRANT** appellant's January 6, 2015 motion to substitute its lead counsel. We

**DIRECT** the Clerk of this Court to remove attorney Kamilla Stokes as counsel for appellant and

to add attorney Lisa V. Cubriel with the Attorney General's Office as lead counsel for appellant.

/s/    ELIZABETH LANG-MIERS
        JUSTICE